UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| Max Franklin | CASE NO. 10-59583-PJS |
| Debtor(s). | JUDGE PHILLIP J. SHEFFERLY |

## STIPULATED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS DUE TO EXPIRATION OF THE CHAPTER 13 PLAN AND FOR FAILURE TO REMIT TAX REFUNDS TO THE TRUSTEE

This matter having come before the Court on the Trustee's Motion to Dismiss Due to Expiration of the Chapter 13 Plan and for Failure to Remit Tax Refund to the Trustee whereby the parties have agreed to the herein terms necessary to conclude the Debtor's Chapter 13 Plan, and the Court being otherwise sufficiently advised;

**HEREBY ORDERS** that for the Debtor's Chapter 13 Plan to be complete the following conditions must be satisfied:

The Debtor is to remit his 2013 refund of $424 by 6/14/14 or the case can be dismissed on the Trustee's affidavit;

The Debtor is to remit $1630 to the Trustee by 6/14/14 or the case can be dismissed on the Trustee's affidavit;

The Debtor must resume his own mortgage payment effective 7/1/2014;

The Debtor's attorney is to file a final fee application by 6/14/14 with language that fees will be directly paid by the Debtor in any order in the event no funds are available.

.

**Signed on May 29, 2014**

                                                                            **/s/ Phillip J. Shefferly**
                                                                            **Phillip J. Shefferly**
                                                                            **United States Bankruptcy Judge**